FILED
SEP 22 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>　　　　Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Acting Warden of the San Quentin State Prison,<br><br>　　　　Respondent | Case No.: 06cv1343 BEN (CAB)<br><br>[PROPOSED] ORDER APPOINTING COUNSEL<br><br>**DEATH PENALTY CASE**<br><br>**FILED UNDER SEAL** |

Pursuant to Local Rule HC.3, subdivision (d), and the recommendation of the Selection Board for the United States District Court for the Southern District of California, Sean K. Kennedy, Acting Federal Public Defender, Central District of California, 321 East Second Street, Los Angeles, CA 90012-4202, telephone (213) 894-2854, is hereby appointed as counsel to represent petitioner in these habeas corpus death penalty proceedings. IT IS SO ORDERED.

DATED: 9/06/06

_____
United States District Judge

Submitted by:

_Michael H. Millman_
Michael G. Millman
For the Selection Board

[PROPOSED] ORDER APPOINTING COUNSEL