# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>                      Petitioner,<br>vs.<br><br>ROBERT L. AYERS, JR., Acting Warden of the California State Prison at San Quentin,<br><br>                      Respondent. | CASE NO. 06cv1343-BEN(CAB)<br><br>*DEATH PENALTY CASE*<br><br><br>**PHASE I SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that, in accordance with the joint status report filed by the parties on November 3, 2006, Petitioner shall file a Protective Petition on or before December 26, 2006. Petitioner shall file his Petition for Writ of Habeas Corpus on or before June 28, 2007. Respondent agrees not to file any responsive pleading until after June 28, 2007.

Respondent shall file his motion to dismiss on exhaustion grounds, if appropriate, on or before **August 23, 2007.** Simultaneously, Petitioner shall file a Motion for Stay and Abeyance of the Petition under Rhines v. Weber, 544 U.S. 269 (2005), on or before **August 23, 2007**. If appropriate, Respondent shall file an Opposition on or before **September 20, 2007**, and Petitioner shall file a Reply on or before **October 18, 2007.**

If respondent decides not to challenge the petition on exhaustion grounds, he shall file an answer to the petition on or before **Friday, October 26, 2007.**

IT IS SO ORDERED.

Dated: 11/16/06

ROGER T. BENITEZ
United States District Judge