FILED
06 NOV 17 PM 3:34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>                 Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., Acting Warden of the California State Prison at San Quentin,<br><br>                 Respondent. | CASE NO. 06cv1343-BEN(CAB)<br><br>*DEATH PENALTY CASE*<br><br><br>**ORDER DENYING PETITIONER'S EX PARTE APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

**NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the Application for Authorization to Conduct Certain Investigation shall <u>not</u> be filed under seal. The Clerk is directed to return such brief to counsel for Petitioner.

    The merits of the Application were not considered by this Court. Petitioner is directed to file the brief as a noticed motion if he wishes the Court to reach the merits of the issue.

Dated: 11/16/06

/s/ ROGER T. BENITEZ
United States District Judge