ORIGINAL

FILED
06 NOV 17 PM 3: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>    Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Acting Warden, California State Prison at San Quentin,<br><br>    Respondent. | CASE NO. CV 06-1343-BEN(CAB)<br><br>**DEATH PENALTY CASE**<br><br>**[PROPOSED] ORDER SEALING PETITIONER'S CONFIDENTIAL CASE EVALUATION FORM**<br><br>[28 U.S.C. § 2254] |

Pursuant to this Court's Order of October 12, 2006, the Confidential Case Evaluation form submitted by Petitioner on October 30, 2006, shall be filed under seal.

IT IS SO ORDERED

Dated: 11/16/06

_____
Roger T. Benitez
United States District Judge

Submitted By:

_____
AMANDA R. TOUCHTON,
Deputy Federal Public Defender
Attorney for Petitioner
DEAN PHILLIP CARTER

# PROOF OF SERVICE

I, **Diana Elliott**, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above, that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, and at whose direction I served a copy of the attached **[Proposed] Order Sealing Petitioner's Confidential Case Evaluation Form** on the following individual(s) by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand-delivery addressed as follows: | [X] Placing same in a sealed envelope for collection and mailing via the United States Post Office, addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

**Jeff Koch**
Deputy Attorney General for the State of California
Department of Justice
Suite 500, 300 South Spring Street
Los Angeles, California 90013

**Jessica Harry**
Death Penalty Law Clerk
United States Courthouse
880 Front Street
San Diego, CA 92101

This proof of service is executed at Los Angeles, California, on **October 27, 2006**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Diana Elliott*
DIANA ELLIOTT