06 DEC 13 PM 12: 18

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

pdv

DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DEAN PHILLIP CARTER,

                                    Petitioner,

vs.

ROBERT L. AYERS, JR., Acting Warden
of the California State Prison at San
Quentin,

                                    Respondent.

CASE No. 06cv1343-BEN(CAB)

*DEATH PENALTY CASE*

**ORDER GRANTING
PETITIONER'S EX PARTE
APPLICATION FOR LEAVE TO
FILE DOCUMENTS UNDER SEAL**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Exhibits 63-71 to the Protective Petition for Habeas Corpus, filed on December 5, 2006, shall be filed under seal.

The exhibits in question are filed in support of Petitioner's ineffective assistance of counsel claims and are all documents either originating from trial counsel's files or documents that rely on trial counsel's files, containing privileged material. Petitioner correctly observes that, pursuant to Bittaker v. Woodford, 331 F.3d 715 (9th Cir. 2003), by pursuing ineffective assistance of counsel claims, Petitioner has waived both the attorney-client privilege and the attorney work product privilege in this Court. However, Petitioner is also correct in observing

- 1 -

06cv1343

1  that the <u>Bittaker</u> court further held that a district court is obliged to "impose a waiver no broader

2  than needed to ensure the fairness of the proceedings before it." <u>Id.</u> at 720. Thus, it is proper

3  to file these materials under seal at this juncture, in anticipation of the forthcoming stipulation

4  of counsel regarding a protective order.

5      **IT IS SO ORDERED.**

6  Dated: _____

7                                                      ROGER T. BENITEZ
                                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06cv1343