**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>                     Petitioner,<br><br>  vs.<br><br>ROBERT L. AYERS, JR., Warden of the San Quentin State Prison,<br><br>                     Respondent. | CASE NO. 06cv1343 BEN (CAB)<br><br>*DEATH PENALTY CASE*<br><br>**ORDER EXTENDING STAY OF EXECUTION OF DEATH SENTENCE** |

On February 12, 2007, Petitioner Dean Phillip Carter filed an Amended Application with this court for a temporary stay of execution of his sentence in order to prepare the Petition for Writ of Habeas Corpus. Pursuant to Local Rule HC.3(g)(3), IT IS HEREBY ORDERED that the execution of Petitioner's sentence of death, and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed one hundred and twenty (120) days, to and including June 9, 2007.

DATED: February 23, 2007

_____
Hon. Roger T. Benitez
United States District Judge