SEAN K. KENNEDY, Bar No. 145632
Federal Public Defender
BRAD D. LEVENSON, Bar No. 166073
(E-mail: Brad_Levenson@fd.org)
Deputy Federal Public Defender
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2026
Facsimile: (213) 894-0081

Attorneys for Petitioner
DEAN PHILLIP CARTER

EDMUND G. BROWN
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
HOLLY D. WILKENS
Supervising Deputy Attorney General
JEFFREY J. KOCH, State Bar No. 97657
Supervising Deputy Attorney General
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, California 92101
Telephone: (619) 645-2213
Facsimile: (619) 645-2271
Email: Jeffrey.Koch@doj.ca.gov

Attorneys for Respondent

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER, ) | CASE NO. CV 06-1343-BEN(CAB) |
| Petitioner, ) | JOINT STATUS REPORT |
| v. ) | **DEATH PENALTY CASE** |
| ROBERT K. WONG, Acting Warden, ) California State Prison at San Quentin, ) | [28 U.S.C. § 2254] |
| Respondent. ) | |

The parties, by and through their counsel of record, Deputy Federal Public Defenders Brad D. Levenson and Supervising Deputy Attorney General Jeffrey J. Koch, hereby submit this Joint Status Report in keeping with the Court's Order staying Petitioner's federal proceedings pending resolution of his state habeas action. On June 20, 2007, Petitioner filed his federal Petition for Writ of Habeas Corpus. On July 13, 2007, this Court stayed the federal proceeding pending resolution of the state court action. On June 21, 2007, Petitioner filed an exhaustion petition in the California Supreme Court (S153780). On June 26, 2007, the California Supreme Court requested informal briefing on Petitioner's Petition. Respondent filed his informal response on July 22, 2008. Petitioner's informal reply was filed on April 23, 2009. The parties will file the next joint status report on or before December 1, 2009.

Respectfully submitted,

Sean K. Kennedy,
Federal Public Defender

DATED: August 26, 2009        By: /S/ *Brad D. Levenson*
                              BRAD D. LEVENSON
                              Deputy Federal Public Defender

                              Attorneys for Petitioner
                              DEAN PHILLIP CARTER


                              EDMUND G. BROWN,
                              Attorney General
                              State of California

DATED: August 26, 2009        By: /S/ *Jeffrey J. Koch*
                              JEFFREY J. KOCH
                              Supervising Deputy Attorney General

                              Attorneys for Respondent

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by Federal Public Defender for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; and at whose direction, on August 26, 2009, I electronically filed the **JOINT STATUS REPORT** with the clerk of the court for the U.S. District Court, Southern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

**Jeff Koch**
Deputy Attorney General
for the State of California Department of Justice
110 West A Street, Suite 1100
San Diego, CA 92101

**JESSICA HARRY**
**Death Penalty Law Clerk**
880 Front Street
San Diego, CA 92101

I, the undersigned, hereby certify that on August 26, 2009, I served the document described above by mailing a copy to the following individuals:

**Dean P. Carter**
CDC # C-97919
San Quentin State Prison
San Quentin, CA 94974

*Deana Elliott*
Diana Elliott