# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN PHILLIP CARTER,<br><br>  Petitioner,<br><br>vs.<br><br><br>KEVIN CHAPPELL, Acting Warden of San Quentin State Prison,<br><br>  Respondent. | CASE NO. 06cv1343 BEN (KSC)<br><br>*DEATH PENALTY CASE*<br><br>**FINAL ORDER:**<br><br>**(1) DENYING PETITION FOR WRIT OF HABEAS CORPUS; AND**<br><br>**(2) ISSUING CERTIFICATE OF APPEALABILITY** |

For the reasons discussed in the Court's March 18, 2013 Order (see Doc. No. 170), the Petition for Writ of Habeas Corpus is **DENIED** as to all claims. The Court **ISSUES** a Certificate of Appealability ["COA"] on Claims 3-4 and **DENIES** a COA on Claims 1-2 and 5-16. See 28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000); (see also Doc. No. 170 at 318.)

The Clerk is **ORDERED** to enter Judgment for Respondent and close Case No. 06-cv-1343.

**IT IS SO ORDERED.**

DATED: March 18, 2013

_____
Hon. Roger T. Benitez
United States District Judge